JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC E. HOUSTON, ) | Case No. CV 09-0268-JFW(RC) |
| Petitioner, ) | |
| vs. ) | |
| ) | JUDGMENT |
| WARDEN NORWOOD, ) | |
| Respondent. ) | |

Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is SUMMARILY DISMISSED without prejudice.

DATE: January 21, 2009

/s/ John F. Walter
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\09-0268.mdo
1/16/09